Case Number: 09-55367  
Debtor Name: CARMODY, MICHAEL O. SR.  
Date: October 15, 2010  
PROPOSED DISTRIBUTION

FILED 2010 OCT 18 PM 2:16 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,000.02 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $250.01 | $0.00 | $250.01 | $250.01 | $750.01 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $750.01 |
| Subtotals For Class Administrative 100.00% | | | | $250.01 | $0.00 | $250.01 | $250.01 | |
| 1 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $4,860.22 | $0.00 | $4,860.22 | $75.70 | $674.31 |
| 2 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | 300 | $598.57 | $0.00 | $598.57 | $9.32 | $664.99 |
| 3 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba CARECREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $2,931.74 | $0.00 | $2,931.74 | $45.67 | $619.32 |
| 4 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 300 | $8,639.43 | $0.00 | $8,639.43 | $134.57 | $484.75 |
| 5 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $22,562.19 | $0.00 | $22,562.19 | $351.44 | $133.31 |
| 6 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $8,299.35 | $0.00 | $8,299.35 | $129.27 | $4.04 |
| 7 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM"S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $259.19 | $0.00 | $259.19 | $4.04 | $0.00 |
| Subtotals For Class Unsecured 1.56% | | | | $48,150.69 | $0.00 | $48,150.69 | $750.01 | |
| | Totals | | | $48,400.70 | $0.00 | $48,400.70 | $1,000.02 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

*ck # 1009*  
*receipt # 81854*

Date printed 10/15/2010 3:40 PM